IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **DELAWARE COUNTY, PA,** *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-4554 |
| **FEDERAL HOUSING FINANCE** | : | |
| **AGENCY, as conservator for** | : | |
| **FEDERAL NAT'L MORTGAGE ASS'N** | : | |
| **and FEDERAL HOME LOAN** | : | |
| **MORTGAGE CORP.,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of March, 2013, upon consideration of Defendants' Motion to Dismiss (Docket No. 22), Plaintiffs' opposition thereto (Docket No. 25), Defendants' Reply (Docket No. 28), and the parties' supplemental briefs (Docket Nos. 37, 38), and following oral argument on March 1, 2013, it is hereby **ORDERED** that Defendants' Motion to Dismiss (Docket No. 22) is **GRANTED**. All claims in Plaintiffs' First Amended Complaint (Docket No. 20) are **DISMISSED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge